# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:10-cv-05328-PBT

RUANE v. AMERICAN GENERAL FINANCIAL SERVICES, INC.
Assigned to: HONORABLE PETRESE B. TUCKER
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 10/08/2010
Date Terminated: 04/20/2011
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**REBECCA RUANE**     represented by     **BRENT VULLINGS**
WARREN &VULLINGS LLP
93 OLD YORK RD SUITE 333
JENKINTOWN, PA 19046
215-745-9800
Email: bv@w-vlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BRUCE K. WARREN**
WARREN &VULLINGS, LLP
93 OLD YORK RD SUITE 333
JENKINTOWN, PA 19046
215-745-9800
Email: bruce@warrenvullingslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMERICAN GENERAL FINANCIAL SERVICES, INC.**
*also known as*
AMERICAN GENERAL FINANCE, INC.

represented by     **ROBERT J. HANNEN**
THORP, REED &ARMSTRONG
ONE OXFORD CENTRE
301 GRANT ST.
PITTSBURGH, PA 15219
412-394-2311
Email: rhannen@thorpreed.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2010 | 1 | COMPLAINT against AMERICAN GENERAL FINANCIAL SERVICES, INC. ( Filing fee $ 350 receipt number PPE030781), filed by REBECCA RUANE.(jmv, ) (Additional attachment(s) added on 10/12/2010: # 1 Exh. A, # 2 Exh B, # 3 Exh. C, # 4 Civil Cover Sheets) (jmv, ). (Entered: 10/12/2010) |
| 10/08/2010 |  | Summons Issued as to AMERICAN GENERAL FINANCIAL SERVICES, INC.. Forwarded To: 1 Orig mailed to counsel on 10/12/10 (jmv, ) (Entered: 10/12/2010) |

| | | |
|---|---|---|
| 10/08/2010 | 1 | DEMAND for Trial by Jury by REBECCA RUANE. (jmv, ) (Entered: 10/12/2010) |
| 11/04/2010 | 2 | SUMMONS Returned Executed by REBECCA RUANE re: Thomas J. Crean of Dennis Richman's Services served Summons and Complaint upon AMERICAN GENERAL FINANCIAL SERVICES, INC. by Personal Service. AMERICAN GENERAL FINANCIAL SERVICES, INC. served on 10/26/2010, answer due 11/16/2010. (VULLINGS, BRENT) (Entered: 11/04/2010) |
| 11/16/2010 | 3 | *American General Financial Services, Inc.'s* ANSWER to 1 Complaint, *with Affirmative Defenses and Certificate of Service* by AMERICAN GENERAL FINANCIAL SERVICES, INC..(HANNEN, ROBERT) (Entered: 11/16/2010) |
| 11/16/2010 | 4 | Disclosure Statement Form pursuant to FRCP 7.1 including American General Finance Corporation, American General Finance, Inc., AIG Capital Corporation and American International Group, Inc. with Certificate of Service by AMERICAN GENERAL FINANCIAL SERVICES, INC..(HANNEN, ROBERT) (Entered: 11/16/2010) |
| 03/04/2011 | 5 | MOTION to Transfer *Venue Pursuant to 28 U.S.C. Section 1404(a)* filed by AMERICAN GENERAL FINANCIAL SERVICES, INC... (Attachments: # 1 Brief, # 2 Text of Proposed Order Order)(HANNEN, ROBERT) (Entered: 03/04/2011) |
| 04/20/2011 | 6 | ORDER THAT DEFT'S MOTION TO TRANSFER (DOC #5) IS GRANTED AND THAT THIS MATTER BE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PA. ( SIGNED BY HONORABLE PETRESE B. TUCKER ON 4/19/11. ) 4/21/11 ENTERED AND COPIES E–MAILED.(gn, ) (Entered: 04/21/2011) |