IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA RUANE | 2:11-cv-00530-NBF |
| Plaintiff, | |
| v. | |
| AMERICAN GENERAL FINANCIAL SERVICES, INC. a/k/a AMERICAN GENERAL FINANCE, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed to by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

/s/Brent F. Vullings, Esq                       August 11, 2011
Bruce K. Warren
Brent F. Vullings
WARREN & VULLINGS, LLP
93 Old York Road, Suite 333
Jenkintown, PA 19046
215-745-9800
Attorneys for Plaintiff

/s/ Mackenzie A. Baird                          August 11, 2011
Mackenzie A. Baird
THORP REED & ARMSTRONG, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
412-394-7711
*Attorneys for Defendant*

SO ORDERED, this 11th day of August, 2011

_____
Judge Nora Barry Fischer

{01266453}